Argued May 15, reversed in part; remanded in part for reconsideration of sanction May 30, 1978

MICHAEL C. LUNDY, *Petitioner,*

*v.*

OREGON STATE PENITENTIARY, *Respondent.*

(No. 12-77-271, CA 10174)

579 P2d 325

J. Marvin Kuhn, Deputy Public Defender, Salem, argued the cause for petitioner. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Scott McAlister, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Al J. Laue, Solicitor General, Salem.

Before Schwab, Chief Judge, and Thornton, Tanzer and Buttler, Judges.

PER CURIAM.

## PER CURIAM.

Petitioner appeals from the order of the Superintendent of the Oregon State Penitentiary finding him in violation of the rule forbidding disobedience of an order and the rule forbidding disruptive behavior. The state correctly concedes that the finding regarding disruptive behavior must be reversed. There was sufficient evidence to support the finding that the petitioner had disobeyed an order, but the state correctly concedes that the case must be remanded for the reconsideration of a new sanction based solely upon the finding regarding disobedience of an order.

Reversed in part; remanded in part for reconsideration of sanction.